UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROSEMARY PARKS,<br><br>Defendant | Criminal No. 26cr10010<br><br>Violations:<br><br>Counts One–Three: Bank Fraud<br>(18 U.S.C. § 1344)<br><br>Counts Four–Six: Aggravated Identity Theft<br>(18 U.S.C. § 1028A(a)(1))<br><br>Bank Fraud Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(2)) |

INDICTMENT

At all times relevant to this Indictment:

General Allegations

1. Defendant ROSEMARY PARKS lived in Massachusetts.

2. Citizens Bank ("Citizens") was a financial institution that held deposits insured by the Federal Deposit Insurance Corporation.

3. Victims 1, 2, and 3 were Citizens customers.

The Scheme to Defraud

4. Between in or about August 2024 and in or about October 2024, PARKS defrauded Citizens of more than $536,000 by posing as at least eight different Citizens customers, purchasing cashier's checks drawn on those victim customers' accounts, and otherwise withdrawing funds from the victim customers' accounts.

5. As part of the scheme, PARKS used fake driver's licenses bearing the victim customers' names and dates of birth, but PARKS's photo. PARKS also presented tellers with

1

withdrawal slips bearing the customers' names and account numbers. To lull tellers into trusting her, PARKS made small deposits into the victim customers' accounts in the days leading up to or in the same transaction as her purchase of cashier's checks or cash withdrawals.

*Victim 1*

6. On or about August 7, 2024, at a Citizens branch in Franklin, Massachusetts, PARKS presented herself as Victim 1 and purchased a $60,000 cashier's check drawn on Victim 1's Citizens account with an account number ending in 1987 ("the Victim 1 Transaction").

*Victim 2*

7. On or about August 22, 2024, at a Citizens branch in Sturbridge, Massachusetts, PARKS presented herself as Victim 2 and purchased a $60,000 cashier's check drawn on Victim 2's Citizens account with an account number ending in 4080 ("the Victim 2 Transaction").

*Victim 3*

8. On or about September 17, 2024, at a Citizens branch in Roslindale, Massachusetts, PARKS presented herself as Victim 3 and purchased an $83,000 cashier's check drawn on Victim 3's Citizens account with an account number ending in 8754 ('the Victim 3 Transaction").

<u>COUNTS ONE–THREE</u>
Bank Fraud
(18 U.S.C. § 1344)

The Grand Jury charges:

9. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 8 of this Indictment.

10. On or about the dates below, in the District of Massachusetts, the defendant,

ROSEMARY PARKS,

knowingly executed, and attempted to execute, a scheme and artifice to defraud a financial institution, that is, Citizens, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of Citizens, by means of materially false and fraudulent pretenses, representations, and promises.

| Count | Approximate Date | Transaction |
|---|---|---|
| 1 | August 7, 2024 | The Victim 1 Transaction |
| 2 | August 22, 2024 | The Victim 2 Transaction |
| 3 | September 17, 2024 | The Victim 3 Transaction |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS FOUR–SIX
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

11. The Grand Jury re-alleges and incorporates by reference Paragraphs 1 to 8 of this Indictment.

12. On or about the dates below, in the District of Massachusetts, the defendant,

ROSEMARY PARKS,

did knowingly transfer, possess, and use, without lawful authority, the means of identification of the persons described below, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in Counts One through Three.

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 4 | August 7, 2024 | Name, Date of Birth, and Account Number of Victim 1 |
| 5 | August 22, 2024 | Name, Date of Birth, and Account Number of Victim 2 |
| 6 | September 17, 2024 | Name, Date of Birth, and Account Number of Victim 3 |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(2))

The Grand Jury further finds:

13. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 1344, set forth in Counts One through Three, the defendant,

ROSEMARY PARKS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following assets:

    a. $536,000 to be entered in the form of a forfeiture money judgment.

14. If any of the property described in Paragraph 13, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2) as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 13 above.

All pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL

*[signature]*
FOREPERSON

*Kristen A. Kearney*
KRISTEN A. KEARNEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January 15, 2026
Returned into the District Court by the Grand Jurors and filed.

*Dawn M. King* 4:09 pm
DEPUTY CLERK