JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10317-JEK   ☑ Yes   ☐ No

**Defendant Information:**

**Defendant Name** Rosemary Parks   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** _____

**Birth date (Yr only):** 1966   **SSN (last 4#):** 7247   **Sex:** F   **Race:** W   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Kristen A. Kearney   **Bar Number if applicable:** 669940

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty __   ☐ Misdemeanor __   ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/15/2026   **Signature of AUSA:** /s/ Kristen A. Kearney

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Rosemary Parks

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1344 | Bank Fraud | 1-3 |
| Set 2  18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | 4-6 |
| Set 3  18 U.S.C. § 982(a)(2) | Bank Fraud Forfeiture Allegation | -- |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Search Warrants: 25-MJ-7109-JCB; 25-MJ-7110-JCB; 25-MJ-7111-JCB; 25-MJ-7229-JCB; 25-MJ-7334-JCB; 25-MJ-7335-JCB; 25-MJ-7336-JCB; 25-MJ-7337-JCB; 25-MJ-7338-JCB; 25-MJ-7339-JCB; 25-MJ-7340-JCB